1  THOMAS E. FRANKOVICH, (State Bar No. 074414)
   JULIA M. ADAMS, (State Bar No. 230795)
2  THOMAS E. FRANKOVICH
   *A Professional Law Corporation*
3  2806 Van Ness Ave.
   San Francisco, CA   94l09
4  Telephone: 415/674-8600
   Facsimile: 415/674-9900
5
   Attorneys for Plaintiff
6  SUSAN BOWMAN

7

8                  UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10  SUSAN BOWMAN,                          )   **CASE NO. CIV.S 04-1375 WBS**
                                           )
11          Plaintiff,                     )   **STIPULATION OF DISMISSAL AND**
                                           )   **[PROPOSED] ORDER THEREON**
12  v.                                     )
                                           )
13  SOUTH TAHOE TRAVELODGE; KML            )
    CORPORATION, a California corporation   )
14  formerly dba SOUTH TAHOE               )
    TRAVELODGE and now dba HOWARD          )
15  JOHNSON EXPRESS INN LAKE               )
    TAHOE,                                 )
16                                         )
            Defendants.                    )
17  _____)

18

19         The parties, by and through their respective counsel, stipulate to dismissal of this action

20  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

21  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22  costs and attorneys' fees.  The parties further consent to and request that the Court retain

23  jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

24  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25  settlement agreements).

26         Therefore, IT IS HEREBY STIPULATED by and between parties to this action

27  through their designated counsel that the above-captioned action be and hereby is dismissed

28  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CIV.S 04-1375 WBS JF

1   This stipulation may be executed in counterparts, all of which together shall constitute

2   one original document.

3

4   Dated: October 12, 2005          THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*

5

6                                     By:  ____/s/ Thomas E. Frankovich_____
                                              Thomas E. Frankovich
7                                     Attorneys for Plaintiff SUSAN BOWMAN

8   Dated: October 12, 2005          GORDON & REES

9

10                                    By:  ____/s/ Michael D. Bruno_____
                                              Michael D. Bruno
11                                    Attorneys for Defendants SOUTH TAHOE
                                      TRAVELODGE; KML CORPORATION, a
12                                    California corporation formerly dba SOUTH
                                      TAHOE TRAVELODGE and now dba HOWARD
13                                    JOHNSON EXPRESS INN LAKE TAHOE

14
                                      **ORDER**
15
        IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
16
    Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
17
    the purpose of enforcing the parties' Settlement Agreement and General Release should such
18
    enforcement be necessary.
19

20
    Dated:  October 13, 2005
21

22

23   _____
     WILLIAM B. SHUBB
24   UNITED STATES DISTRICT JUDGE

25

26

27

28